JOSEPH COUGHLIN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. U. S. TOOL CO., INC., DEFENDANT-RESPONDENT.

See same case below: 52 *N. J. Super.* 341.

*Mr. Irving J. Rosenberg* for the petitioners.

*Messrs. Shaw, Pindar, McElroy & Connell* and *Mr. Theodore W. Geiser* for the respondent.

January 5, 1959. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM COTTONE, DEFENDANT-PETITIONER.

See same case below: 52 *N. J. Super.* 316.

*Messrs. Kessler, Kessler & Harrington* for the petitioner.

*Mr. Charles V. Webb, Jr.,* and *Mr. C. William Caruso* for the respondent.

January 5, 1959. Denied.